## WESLEY SPARKS *v.* FRANK SHROPSHIRE.

Judgment—Claimant's Bond—Forth-coming Bond—Bar.

    A judgment on a claimant's bond is not a bar to a motion on a forthcoming bond.

APPEAL FROM HARRISON CIRCUIT COURT.

February 11, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The judgment on the claimant's bond was not a final bar to the

motion on the forthcoming bond—because, first, that judgment itself was not conclusive and has been reversed, and, second, the parties to the two motions are not the same.

Wherefore, the judgment in this case is reversed, and the cause remanded for further proceedings.

*Trimble, Ward,* for appellant.

*Robinson,* for appellee.